UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| Lynette Charlton-Rose,<br><br>　　Plaintiff,<br><br>v.<br><br>Central Credit Services, Inc.,<br><br>　　Defendant. | Case No. 1:08-cv-04559-JHR-JS<br><br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　Macey & Aleman, P.C.

　　　　　　　　　　　　　　　　　By: _/s/ Alana M. Carrion_
　　　　　　　　　　　　　　　　　Alana M. Carrion
　　　　　　　　　　　　　　　　　17 Academy Street, Suite 615
　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　Tel: 1.866.339.1156
　　　　　　　　　　　　　　　　　Fax: 1.312..822.1064
　　　　　　　　　　　　　　　　　axc@legalhelpers.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on February 23, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via regular U.S. mail:

Central Credit Services, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

                */s/ Richard J. Meier*